J.S36028-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| TIMOTHY FLAHERTY | |
| Appellee | No. 2888 EDA 2013 |

Appeal from the Order Entered September 26, 2013
In the Court of Common Pleas of Pike County
Criminal Division at No(s): CP-52-CR-0000320-2012
CP-52-CR-0000321-2012

BEFORE: GANTMAN, P.J., JENKINS, J., and FITZGERALD, J.[**]

CONCURRING STATEMENT BY FITZGERALD, J.:**FILED SEPTEMBER 10, 2014**

I agree with the majority that our prior decision in this matter compels the reversal of the instant order purporting to extend Appellee's furlough. Although 42 Pa.C.S. § 9813(a) and 75 Pa.C.S. § 3815 did not authorize the trial court's actions, I write separately because, in my view, the court's attempt to address Appellee's rehabilitative needs based on his personal history—*i.e.*, his military service in Afghanistan, the severe injuries and trauma he suffered from an improvised explosive device attack, and his lack of a criminal or substance abuse history prior to that incident—were just. I continue to believe that the complex issues raised when our returning

---

[**] Former Justice specially assigned to the Superior Court.

veterans commit non-violent offenses demand careful attention from the policymakers throughout the Commonwealth.

Judge Jenkins joins this concurring statement.